**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**In re:**

                                              **CASE NO.: 3:24-bk-01365-BAJ**

**ANGELA MARIE TAGLIAFERRI,**

    **Debtor.**
_____/

**TRUSTEE'S OBJECTION TO DEBTOR'S CLAIM OF EXEMPTIONS**

---

**NOTICE OF OPPORTUNITY TO**
**OBJECT AND REQUEST FOR HEARING**

If you object to the relief requested in this paper you must file a response with the Clerk of Court at 300 N. Hogan Street, Suite 3-150, Jacksonville, FL 32202 and serve copies on (i) counsel for the Chapter 7 Trustee, Eugene H. Johnson, Esq., Johnson Law Firm, P.A., 100 North Laura Street, Suite 701, Jacksonville, Florida 32202, (ii) the Chapter 7 Trustee, Gordon P. Jones, Post Office Box 600459, Jacksonville, Florida 32260-0459, and (iii) any other appropriate persons within twenty-one (21) days from the date of the attached proof of service, plus an additional three (3) days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

---

        COMES NOW Gordon P. Jones, Chapter 7 Trustee (the "**Trustee**"), and hereby objects, pursuant to Fed. R. Bankr. P. 4003, to the claim of exemptions filed by Debtor Angela Marie Tagliaferri (the "**Debtor**"), and in support states as follows:

        1.      The Debtor filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code on May 13, 2024 (the "**Petition Date**").

2. On the Petition Date, the Debtor filed a Schedule C claiming exemptions in and to certain personal property pursuant to Fla. Const. Art. X, § 4(a)(2) and Florida Statute § 222.25(1).

3. The Trustee believes that the values of the claimed exemptions reflected on the schedules are too low and that the values of the assets claimed exempt exceed the amount of exemptions to which the Debtor is entitled.

WHEREFORE, the Trustee respectfully requests entry of an Order disallowing the Debtor's exemptions set forth above, and granting such further relief as may be deemed appropriate.

Respectfully submitted,
**JOHNSON LAW FIRM, P.A.**

/s/ Eugene H. Johnson
Eugene H. Johnson, Esq. (0032105)
Lauren W. Box, Esq. (0106242)
100 North Laura Street, Suite 701
Jacksonville, Florida 32202
(904) 652-2400 Telephone
(904) 652-2401 Facsimile
ehj@johnsonlawpa.com
lauren@johnsonlawpa.com

*Attorneys for Gordon P. Jones,*
*Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on this 11th day of July, 2024 a true and accurate copy of the foregoing has been furnished by U.S. Mail to Angela Marie Tagliaferri, 31 Lansdowne Lane, Palm Coast, Florida 32137 and by CM/ECF electronic notice to Timothy M. Goan, Esq., *Counsel for the Debtor.*

/s/ Eugene H. Johnson
Eugene H. Johnson, Esq.