**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

                                         **CASE NO.: 3:24-bk-01365-BAJ**

**ANGELA MARIE TAGLIAFERRI,**

    **Debtor.**

_____/

**TRUSTEE'S NOTICE OF FEDERAL RULE BANKRUPTCY**
**PROCEDURE 2004 EXAMINATION *DUCES TECUM* OF DEBTOR**

       Now comes Gordon P. Jones, Chapter 7 Trustee, by and through the undersigned counsel, and pursuant to Local Rule 2004-1 and Fed. R. Bankr. P. 2004, hereby gives notice that he will conduct the examination of the Debtor, Angela Marie Tagliaferri on **Tuesday, August 27, 2024** beginning at **11:30 A.M.**   The Rule 2004 Examination will be conducted via Zoom video conferencing.  The Zoom hyperlink and attendant information is listed below.

       The purpose for the examination is to investigate assets, debts, and any other ancillary matters relating to the administration the case prescribed by Rule 2004(b), Federal Rules of Bankruptcy Procedure.

       Pursuant to Local Rule 2004-1(b)-(c), the Debtor shall produce for inspection those items listed on the attached Schedule "A" to the Johnson Law Firm, P.A., Attn:  Eugene H. Johnson, Esq., 100 North Laura Street, Suite 701, Jacksonville, Florida  32202, no later than Thursday, August 22, 2024 at 4:00 p.m.  The requested documents may be produced to the undersigned via U.S. Mail or via email at ehj@johnsonlawpa.com and lauren@johnsonlawpa.com.

**Zoom Hyperlink and Information**

https://us06web.zoom.us/j/82712275041?pwd=JkBFm2Ggsh8jrAlNRxJtgKyFdcUk31.1
**Meeting ID: 827 1227 5041**
**Passcode: 642216**

Respectfully submitted,

**JOHNSON LAW FIRM, P.A.**

/s/ Eugene H. Johnson
Eugene H. Johnson, Esq.
Florida Bar No. 0032105
Lauren W. Box, Esq.
Florida Bar No. 0106242
100 North Laura Street, Suite 701
Jacksonville, Florida 32202
(904) 652-2400 Telephone
(904) 652-2401 Facsimile
ehj@johnsonlawpa.com
lauren@johnsonlawpa.com

*Attorneys for Gordon P. Jones,*
*Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on this 11th day of July, 2024, a true and accurate copy of the foregoing has been furnished by U.S. Mail to Angela Marie Tagliaferri, 31 Lansdowne Lane, Palm Coast, Florida  32137 and by CM/ECF electronic notice to Timothy M. Goan, Esq., *Counsel for the Debtor.*

/s/ Eugene H. Johnson
Eugene H. Johnson, Esq.

# EXHIBIT "A"

## INSTRUCTIONS AND DEFINITIONS

(a)     Whenever reference is made to a person, it includes any and all of such person's principals, employees, agents, attorneys, consultants and other representatives.

(b)     When production of any document in Debtor's possession is requested, such request includes documents subject to the Trustee's possession, custody or control. In the event that Debtor is able to provide only part of the document(s) called for in any particular request, provide all document(s) that Debtor is able to provide and state the reason, if any, for the inability to provide the remainder.

(c)     "Document(s)" means all materials within the full scope of Rule 34 of the FRCP including but not limited to: all writings and recordings, including the originals and all non-identical copies, whether different from the original by reason of any notation made on such copies or otherwise (including but without limitation to, email and attachments, correspondence, memoranda, notes, diaries, minutes, statistics, letters, telegrams, minutes, contracts, reports, studies, checks, statements, tags, labels, invoices, brochures, periodicals, telegrams, receipts, returns, summaries, pamphlets, books, interoffice and intraoffice communications, offers, notations of any sort of conversations, working papers, applications, permits, file wrappers, indices, telephone calls, meetings or printouts, teletypes, telefax, invoices, worksheets, and all drafts, alterations, modifications, changes and amendments of any of the foregoing), graphic or aural representations of any kind (including without limitation, photographs, charts, microfiche, microfilm, videotape, recordings, motion pictures, plans, drawings, surveys), and electronic, mechanical, magnetic, optical or electric records or representations of any kind (including without limitation, computer files and programs, tapes, cassettes, discs, recordings), including metadata.

(d)     If any document is withheld from production under a claim of privilege or other exemption from discovery, state the title and nature of the document, and furnish a list signed by the attorney of record giving the following information with respect to each document withheld:

(i)     The name and title of the author and/or sender and the name and title of the recipient;

(ii)     The date of the document's origination;

(iii)     The name of each person or persons (other than stenographic or clerical assistants) participating in the preparation of the document;

(iv)     The name and position, if any, of each person to whom the contents of the documents have heretofore been communicated by copy, exhibition, reading or substantial summarization;

(v)      A statement of the specific basis on which privilege is claimed and whether or not the subject matter or the contents of the document is limited to legal advice or information provided for the purpose of securing legal advice; and

(vi)      The identity and position, if any, of the person or persons supplying the attorney signing the list with the information requested in subparagraphs above.

(e)      "Relate(s) to," "related to" or "relating to" means to refer to, reflect, concern, pertain to or in any manner be connected with the matter discussed.

(f)      Every request herein shall be deemed a continuing request and Debtor is to supplement her responses promptly if and when she obtains responsive documents which add to or are in any way inconsistent with Debtor's initial production.

(g)      These requests are not intended to be duplicative. All requests should be responded to fully and to the extent not covered by other requests. If there are documents that are responsive to more than one request, then please so note and produce each such document first in response to the request that is more specifically directed to the subject matter of the particular document.

(h)      Any word written in the singular herein shall be construed as plural or vice versa when necessary to facilitate the response to any request.

(i)      "And" as well as "or" shall be construed disjunctively or conjunctively as necessary in order to bring within the scope of the request all responses which otherwise might be construed to be outside its scope.

(j)      **"Debtor", "You" or "Your" shall refer to as Angela Marie Tagliaferri.**

(k)      **"Petition Date" shall refer to as May 13, 2024.**

### DOCUMENT REQUESTS

1.      Any and all documents regarding Your interest in the motorcycles as listed on Your Schedule A/B (Doc. No. 1), in their current condition including any and all photographs, any appraisals or valuations related to the Personal Property, copies of the Certificate of Titles and/or Registrations, any documents showing the Vehicle Identification Number and copies of the most recent payoff statement (if applicable):

      a.   2018 Harley Davidson Road Glide as listed on Line 3.4;
      b.   2008 Honda CBR1000 as listed on Line 3.5;
      c.   1998 Harley Davidson as listed on Line 3.6; and
      d.   Moped as listed on Line 3.7.

2. If any of the assets identified in Number 1 have been repossessed or transferred since the Petition Date or are otherwise no longer titled in Your name, then please provide documentation reflecting same, including any bills of sale, cancelled checks, receipts or other documents showing the amount of consideration received and the disposition of same.

3. Any and all documents regarding Your interest in the following assets (collectively, the "**Personal Property**"), in their current condition including any and all photographs and copies of the Certificate of Titles and/or Registrations. Alternatively, if the Personal Property is no longer titled in Your name as of the Petition Date and/or You are claiming to have transferred the Personal Property prior to the Petition Date, then please produce any and all documents reflecting the transfer of the Personal Property, including any bills of sale, cancelled checks, receipts or other documents showing the amount of consideration received and the disposition of same:

      a. 2008 Harley Davidson XL883 VIN: 1HD4CR2138K407716;
      b. 2012 Honda CBR1000 VIN: JH2SC5900CK401368;
      c. 2022 Harley Davidson FLTRX VIN: 1HD1KHC11NB622103; and
      d. 2020 Ford Mustang VIN: 1FATP8FF2L5175222.

4. Any and all documents regarding the following unlisted pre-petition transfers by You, including any bills of sale, cancelled checks, receipts or other documents showing the consideration received:

      a. 2021 Honda CBR1000 VIN: JH2SC8212MK000247, which transfer occurred on or about June 22, 2023; and

      b. 1966 Homemade Tilt Tandem Trailer VIN: N0V1N0201373810, which transfer occurred on or about June 12, 2023.

5. Copies of all documents related to Glow Up With Angie, LLC, including but not limited to: (i) articles of organization, (ii) buy-sell agreements, (iii) shareholder agreements, (iv) an inventory of all assets in which this entity has a legal or beneficial interest (including a listing of all intellectual property, such as websites/domain names (e.g., https://glowupwithangie.com) and any other software owned by the entity), (v) bank statements from May 1, 2024, up through and including the Petition Date for the PNC Bank Business Checking Account ending in *1681, and (vi) profit and loss statements for the six (6) months prior to and up through the Petition Date.

6. A listing of all income received from Your interest in Glow Up With Angie, LLC since the Petition Date, including any income received from social media marketing campaigns on Instagram or YouTube and any other digital or marketing platform, as well as Your position of Paparazzi Sponsor (Angie Tag #65713 and Elite/Jetsetter status).

7. Copies of all documents related to the unlisted business, Blush Salon and Beauty Bar, including but not limited to: (i) articles of organization, (ii) buy-sell agreements, (iii) shareholder agreements, (iv) an inventory of all assets in which this entity has a legal or beneficial interest, (v) bank statements from May 1, 2023, up through and including the Petition Date, for the

PNC Bank Business Checking Account ending in *0018, and (vi) profit and loss statements for the six (6) months prior to and up through the Petition Date.

8.       Bank statements from April 25, 2024, up through and including the Petition Date for the PNC Bank Checking Account ending in *8894.

9.       Any and all documents relating to any IRA, 401(k) or any other retirement account(s) in which You presently have an interest or had an interest in as of the Petition Date, including an accounting of all withdrawals from same and periodic account statements for the twelve (12) months prior to and up through the Petition Date, including but not limited to documents from Fidelity.

10.      A copy of Your 2023 Federal Income Tax Return (the "**Return**") as filed with the Internal Revenue Service, together with all schedules and attachments thereto. If not otherwise indicated on the Return itself, please also produce any document reflecting the date on which Your Return was filed with the Internal Revenue Service.